UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-80772-RAR

**REBECCA RADIC**,
*individually and on behalf of
all others similarly situated*,

    Plaintiff,

v.

**AIG DIRECT INSURANCE
SERVICES, INC.**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal with Prejudice [ECF No. 46] ("Stipulation"), filed on November 9, 2022. The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* as to Plaintiff's individual claims and **DISMISSED** *without prejudice* as to any claims of the proposed class. Each party shall bear its own costs and attorneys' fees. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of November, 2022.

                                                **RODOLFO A. RUIZ II**
                                                UNITED STATES DISTRICT JUDGE

cc:    counsel of record